# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SARAH KELLY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-180 |
| | § | |
| THE HOME DEPOT, USA, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in detail on the record, the defendant, Home Depot's motion for summary judgment, (Docket Entry No. 12), is granted. This case is dismissed, with prejudice.

SIGNED on November 7, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge